UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

LUBOS NAPRSTEK,

             Plaintiff,

      -against-

MARRIOTT INTERNATIONAL, INC. d/b/a JW
MARRIOTT ESSEX HOUSE NEW YORK *and*
HOTEL, RESTAURANT AND CLUB
EMPLOYEES AND BARTENDERS UNION
LOCAL # 6 AFL CIO,

             Defendants.

-------------------------------------------------------------------- x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 4/19/2022

Case No. 1:21-cv-08560 (CM)

[~~PROPOSED~~] ORDER

AND NOW, this __ day of April 2022, upon consideration of the Joint Letter Requesting

Substitution of Alternative Mediator, ECF No. 26, filed by Defendant Marriott Hotel Services,

Inc., incorrectly identified as Marriott International, Inc., and all of the proceedings herein, it is

hereby ORDERED that the request for substitution of alternative mediator is GRANTED, and the

following alternative mediator is appointed:

    Joe DiBenedetto
    JDB Mediation
    jdibened@jdbmediation.com
    646-236-2976

Dated: 4/19/2022

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge

-1-