UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                Plaintiffs,

   -v-

MARRIOT INTERNATIONAL, INC. and RESTAURANT AND CLUB EMPLOYEES AND BARTENDERS UNION LOCAL #6 AFL CIO,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

The parties shall promptly meet and confer in accordance with Fed. R. Civ. P. 26(f), and, by **June 30, 2023**, file a Report of Rule 26(f) Meeting and Proposed Case Management Plan For Pro Se Case, via ECF, in conformance with the procedures in Section 1 of Judge Cave's Individual Practices. A template is available on the Court's website.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:    New York, New York
           June 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**