UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                Plaintiff,

-v-

MARRIOT INTERNATIONAL, INC. and RESTAURANT AND CLUB EMPLOYEES AND BARTENDERS UNION LOCAL #6 AFL CIO,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone status conference (the "Conference") held today, November 9, 2023, the Court orders as follows:

1. By **November 17, 2023**, Plaintiff Lubos Naprstek ("Mr. Naprstek") shall serve his written responses to Defendants' requests for production and interrogatories.

2. By **December 1, 2023**, Defendants shall file a letter attaching all parties' discovery requests (i.e., requests for production and interrogatories) and responses.

3. A telephone conference is scheduled for **Friday, December 15, 2023 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

4. At the Conference, Mr. Naprstek expressed his intent to seek leave to amend and to pursue expert discovery. The Court will set deadlines for seeking leave to amend and for expert discovery, if appropriate, at the December 15 conference.

Mr. Naprstek is advised of his ability to seek free legal advice from the New York Legal Assistance Group's legal clinic by visiting its website at nylag.org/pro-se-clinic, or by calling 212-

659-6190.  This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

Defendants shall promptly serve a copy of this Order on Mr. Naprstek.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Naprstek.

Dated:        New York, New York
              November 9, 2023

SO ORDERED.

*Sarah Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**

2