UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

              Plaintiff,

-v-

MARRIOT INTERNATIONAL, INC. and RESTAURANT AND CLUB EMPLOYEES AND BARTENDERS UNION LOCAL #6 AFL CIO,

              Defendants.

CIVIL ACTION NO.: 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's motion to compel discovery from Defendants (ECF No. 63) is DENIED WITHOUT PREJUDICE as premature and for failure to comply with the Court's Individual Practices, which require the moving party to request a discovery conference prior to filing a motion to compel. (See Ind. Pracs. § II.C). In any event, as discussed at the November 9, 2023, the Court will discuss the sufficiency of the parties' discovery requests and responses at the December 15, 2023 telephone conference. All terms of the Court's November 9, 2023 Order (ECF NO. 62) remain in effect.

Defendants shall promptly serve a copy of this Order on Plaintiff.

The Clerk of Court is respectfully directed to terminate ECF No. 63, and to mail a copy of this Order to Plaintiff.

Dated:     New York, New York
            November 30, 2023

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**