UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                Plaintiff,

-v-

MARRIOT INTERNATIONAL, INC. and RESTAURANT AND CLUB EMPLOYEES AND BARTENDERS UNION LOCAL #6 AFL CIO,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 15, 2023 (the "Conference"), the Court orders as follows:

1. The deadline for completion of fact discovery is EXTENDED to **February 27, 2024**.

2. Defendant Marriott International, Inc. ("Marriott") shall promptly search for any documents (the "Documents") concerning or reflecting (i) the "fabricated" petitions Plaintiff referenced at the Conference,[1] (ii) the promotional history of Marriott employees "Adolfo Londono," "Paul Smitty," and "Mohammed McLar,"[2] and (iii) any agreement(s) between Marriott and Defendant the Restaurant and Club Employees and Bartenders Union Local #6 AFL CIO regarding "Mohammed McLar."

3. By **December 22, 2023**:

   a. Plaintiff shall serve Marriott with a notice of deposition. The parties shall then promptly confer to agree on a date for Marriott's deposition.

---

[1] See ECF No. 12-3 at 4 (arbitration award referencing "fabricated" petitions).
[2] The Court notes that its spelling of these names is based on Plaintiff's statements at the Conference. Defendants may of course ask Plaintiff to confirm these names.

    b. Marriott shall file a letter (i) attaching the authorizations it seeks to have Plaintiff execute and (ii) reporting on the status of its efforts to locate and produce the Documents.

4. At the Conference, Plaintiff stated that, within the past two weeks, he served a deposition subpoena on non-party Elliott Shriftman. The Court notes that Mr. Shriftman's deadline to respond to the subpoena has not yet lapsed, and the Court will address any disputes arising from the subpoena at the appropriate time.

5. A telephone conference is scheduled for **Wednesday, February 7, 2024 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Mr. Naprstek is reminded of his ability to seek free legal advice from the New York Legal Assistance Group's legal clinic by visiting its website at nylag.org/pro-se-clinic, or by calling 212-659-6190. This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

Defendants shall promptly serve a copy of this Order on Mr. Naprstek.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Naprstek.

Dated:     New York, New York  
           December 15, 2023

SO ORDERED.

_Sarah L. Cave_  
**SARAH L. CAVE**  
**United States Magistrate Judge**