UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                      Plaintiff,

-v-

MARRIOT INTERNATIONAL, INC. and RESTAURANT AND CLUB EMPLOYEES AND BARTENDERS UNION LOCAL #6 AFL CIO,

                      Defendants.

CIVIL ACTION NO.: 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    By **January 5, 2024**, Plaintiff shall complete and sign the authorizations filed at ECF No. 68-1 and send the signed copies to counsel for Defendant Marriott International, Inc.

    Defendants shall promptly serve a copy of this Order on Plaintiff.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:    New York, New York
          December 26, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**