UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                      Plaintiff,

-v-                                          CIVIL ACTION NO.: 21 Civ. 8560 (CM) (SLC)

MARRIOT INTERNATIONAL, INC.,                **ORDER**

                      Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 7, 2024, the Court orders as follows:

1. The deadline for completion of fact discovery is EXTENDED to **March 29, 2024**.

2. A telephone conference is scheduled for **Tuesday, March 12, 2024 at 3:30 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

3. The deadlines for Plaintiff to seek leave to amend his Complaint and for expert discovery remain HELD IN ABEYANCE (see ECF No. 62 ¶ 4) and will be set, if appropriate, at the March 12 conference.

Defendant shall promptly serve a copy of this Order on Plaintiff.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:      New York, New York
             February 7, 2024

                                            SO ORDERED.

                                            _/s/ Sarah L. Cave_
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**