UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                Plaintiff,

-v-

MARRIOT INTERNATIONAL, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of a letter filed by non-party Elliott Shriftman ("Mr. Shriftman") regarding a subpoena (the "Subpoena") that pro se Plaintiff Lubos Naprstek served on Mr. Shriftman pursuant to Federal Rule of Civil Procedure 45 seeking Mr. Shriftman's responses to a set of interrogatories. (ECF No. 77 (the "Letter")). The Court construes the Letter as a motion to quash the Subpoena, which the Court will discuss at the telephone conference scheduled for Tuesday, March 12, 2024 at 3:30 pm (the "Conference"). (See ECF No. 76 ¶ 2).

Counsel for Mr. Shriftman is ORDERED to appear at the Conference and to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:      New York, New York
             March 7, 2024

SO ORDERED.

_/s/ Sarah L. Cave_

**SARAH L. CAVE**
**United States Magistrate Judge**