UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                Plaintiff,

-v-

MARRIOT INTERNATIONAL, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 12, 2024, the Court held a conference (the "Conference") and directed the parties to order a transcript (the "Transcript") of the Conference by March 14, 2024. (ECF No. 80). To date, the parties have not ordered the Transcript. Accordingly, the Court directs the parties to order the Transcript by **March 19, 2024**.

Dated:      New York, New York
              March 18, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**