UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                Plaintiff,

-v-

MARRIOT INTERNATIONAL, INC.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 6, 2024, non-party Elliott Shriftman filed a motion to quash a subpoena (the "Subpoena") that pro se Plaintiff Lubos Naprstek served pursuant to Federal Rule of Civil Procedure 45 seeking Mr. Shriftman's responses to a set of interrogatories. (ECF No. 77 (the "Motion")). On March 12, 2024, following a conference with the parties and counsel for Mr. Shriftman, the Court partially granted the Motion and directed Mr. Shriftman to promptly search (the "Search") for documents in his possession responsive to Interrogatories 14 and 15 (ECF No. 77-2 at 6), which, liberally construed, seek the production of documents. (ECF No. 80 ¶ 1). The Court directed Mr. Shriftman to file by March 22, 2024, a letter (the "Letter") reporting on the result of the Search and attaching any responsive, non-privileged documents. (Id.) On March 18, 2024, Mr. Shriftman filed the Letter and three documents (the "Documents"), and represented that "[t]here are no additional documents in Mr. Shriftman's possession, custody, or control." (ECF No. 81).

Having reviewed the Letter, the Court orders as follows:

1. The Court deems Mr. Shriftman's compliance with the Subpoena COMPLETE.

2. Mr. Shriftman shall promptly serve copies of the Documents on Mr. Naprstek, and file proof of service by **March 22, 2024**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:   New York, New York
         March 19, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**