UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

              Plaintiff,

-v-

MARRIOT INTERNATIONAL, INC.,

              Defendant.

CIVIL ACTION NO.: 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 12, 2024, the Court directed Defendant to promptly file a copy of the transcript of the deposition of Veronica Stewart (the "Transcript"). (ECF No. 80 (the "Mar. 12 Order) ¶ 2). On March 20, 2024, Defendant filed the Transcript, which the Court acknowledges and appreciates. (ECF No. 86). Pursuant to the Mar. 12 Order, the Court orders as follows:

1. By **April 3, 2024**, Plaintiff Lubos Naprstek shall file his proposed Second Set of Requests for the Production of Documents (the "Proposed Requests") that he seeks leave to serve on Defendant.

2. By **April 10, 2024**, Defendant shall file its response (the "Response").

On receipt of the Response, the Court will rule on Mr. Naprstek's request to serve the Proposed Requests and to take the deposition of "Ms. Mui." (See ECF No. 87-1 at 5, 19–20, 24). The Court will also rule at that time on Mr. Naprstek's request at the Conference for an extension of the fact discovery deadline.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:    New York, New York
            March 21, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**