UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                                   Plaintiff,

        -v-

MARRIOT INTERNATIONAL, INC.,

                                   Defendant.

CIVIL ACTION NO. 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 13, 2024, the Court orders as follows:

1. The Court deems fact discovery pertaining to the claims asserted in the Complaint (ECF No. 1) and the defenses asserted in Defendant's Answer (ECF No. 22) CLOSED.

2. The Court gives pro se Plaintiff Lubos Naprstek permission to file a motion for leave to amend his Complaint (the "Motion"), the briefing of which will proceed as follows:

   a. By **June 27, 2024**, Mr. Naprstek shall file (i) the Motion and (ii) his proposed Amended Complaint.

   b. By **July 29, 2024**, Defendant shall file its opposition to the Motion.

   c. By **August 12, 2024**, Mr. Naprstek shall file his reply brief, if any.

3. The deadline for completion of expert discovery remains HELD IN ABEYANCE and will be set, if appropriate, following the Court's resolution of the Motion.

Mr. Naprstek is reminded of his ability to seek free legal advice from the New York Legal Assistance Group's legal clinic by visiting its website at nylag.org/pro-se-clinic, or by calling

212-659-6190. This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

Defendant shall promptly serve a copy of this Order on Mr. Naprstek, and file proof of service by **May 15, 2024**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Naprstek.

Dated:     New York, New York
           May 13, 2024

SO ORDERED.

_____

**SARAH L. CAVE**
**United States Magistrate Judge**

2