UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                      Plaintiff,

-v-

MARRIOT INTERNATIONAL, INC.,

                      Defendant.

CIVIL ACTION NO. 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the August 14, 2024 filing by non-party Stamatis Efstratiu containing a proposed "Notice of Pro Se Appearance" and proposed "Answer." (ECF No. 101 (the "Filing")). The Filing appears to be in response to pro se Plaintiff Lubos Naprstek's Proposed Amended Complaint (ECF No. 97 at 3–29 (the "PAC")). The Court notes that the PAC is the subject of Mr. Naprstek's pending motion for leave to amend his Complaint (ECF No. 97 (the "Motion")). The PAC is not the operative pleading and, as such, Mr. Efstratiu is not currently a party to this action. Accordingly, the Court construes the Filing as Mr. Efstratiu's opposition to the Motion, which the Court will decide in due course.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Naprstek.

Dated:      New York, New York
              August 14, 2024

SO ORDERED.

*[signature]*

**SARAH L. CAVE**
**United States Magistrate Judge**