UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| Lubos Naprstek, | |
| Plaintiff, | |
| -against- | No. 21 Civ. 8560 (CM) (SLC) |
| Marriott International Inc.. et al., | |
| Defendants. | |

**ORDER**

McMahon, J.:

As Magistrate Judge Cave gave the plaintiff leave to move to amend his complaint, and as some of the proposed amendment appears to arise out of activities that Judge Cave has supervised, Judge Cave should decide the motion. I thus refer it to her. If she concludes that she can only provide a Report and Recommendation, then her decision should take that form. If, however, she is able to decide the motion rather than merely report, she should do so.

U.S.D.J

Dated: September 10, 2024
BY ECF TO ALL COUNSEL