UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                              Plaintiff,

-v-                                                  CIVIL ACTION NO. 21 Civ. 8560 (CM) (SLC)

MARRIOT INTERNATIONAL, INC., et al.,                                   **ORDER**

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's unopposed request for an extension of time to complete expert discovery (ECF Nos. 110; 111) is **GRANTED in part**. This case is now over three years old. The parties shall move expeditiously to complete discovery. **No further discovery extensions will be granted absent good cause shown.** A party's failure to retain an expert within the allotted time for discovery will not alone constitute good cause for further extensions of time.

Accordingly, the expert discovery deadlines previously ordered (ECF No. 109) are **EXTENDED** as follows:

(1) On or before **January 10, 2025**, Plaintiff shall deliver to Defendants his disclosures of expert testimony, as required under Federal Rule of Civil Procedure 26(a)(2). Plaintiff's failure to provide the required disclosures will likely foreclose his opportunity to proffer any experts in this case. See Rekor Systems, Inc. v. Loughlin, No. 19 Civ. 7767 (LJL), 2022 WL 2063857, at *8 (S.D.N.Y. June 8, 2022).

(2) On or before **February 7, 2025**, Defendants may provide a rebuttal expert(s).

(3) All expert reports shall be delivered on or before **February 21, 2025**.

(4) On or before **February 28, 2025**, the parties shall file a joint letter certifying the completion of expert discovery.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:      New York, New York
            November 26, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2