UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                                        Plaintiff,

        -v-

MARRIOT INTERNATIONAL, INC., et al.,

                                        Defendants.

CIVIL ACTION NO. 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants are correct that Plaintiff's purported expert disclosure (ECF No. 113) is deficient under Federal Rule of Civil Procedure 26(a)(2).  (See ECF No. 114).  Because of Defendants' consent to an extension of expert discovery, in deference to Plaintiff's pro se status, (id.) the expert discovery deadlines are **EXTENDED** as follows:

1. Plaintiff shall submit his written expert report, which shall comply with Rule 26(a)(2), no later than **February 21, 2025**;

2. Any rebuttal expert report shall be submitted by **March 21, 2025**;

3. All expert discovery shall conclude by **April 4, 2025**; and

4. On or before **April 11, 2025**, the parties shall file a joint letter certifying the completion of expert discovery.

**Plaintiff is warned that failure to submit a written expert report by February 21, 2025 will likely foreclose his ability to proffer an expert in this case.**  See Rekor Systems, Inc. v. Loughlin, No. 19 Civ. 7767 (LJL), 2022 WL 2063857, at *8 (S.D.N.Y. June 8, 2022).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:          New York, New York
                January 14, 2025

                                                SO ORDERED.

                                                _Sarah Cave_____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**