UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                Plaintiff,

-v-

MARRIOT INTERNATIONAL, INC., et al.,

                Defendants.

CIVIL ACTION NO. 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of the parties' letters, expert discovery is deemed **closed**. (See ECF Nos. 116; 117). Mr. Naprstek's request to admit his expert report into evidence is premature and is therefore **DENIED without prejudice**. (See ECF No 117). Judge McMahon will address evidentiary motions before or at trial, if any.

Defendants' request for a summary judgment briefing schedule will be addressed in a separate order. (See ECF No. 116).

Dated:    New York, New York
            February 20, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**