UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUBOS NAPRSTEK,

                Plaintiff,

-v-

MARRIOT INTERNATIONAL, INC., et al.,

                Defendants.

CIVIL ACTION NO. 21 Civ. 8560 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has received the parties' letters (ECF Nos. 119; 121; 122; 123; 124) and Defendants' requests for a briefing schedule on their anticipated summary judgment motion (ECF Nos. 116; 122; 124). A summary judgment briefing schedule will be set in due course.

Dated:      New York, New York
              April 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**