**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

June 18, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/25

**VIA ECF**

MEMO ENDORSED

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

OK
[signature] Colleen McMahon
6/20/25

Re: *Naprstek v. Marriott International, Inc., et al.*
Case No. 21-CV-8560-CM

Dear Judge McMahon:

We represent Marriott Hotel Services, Inc. ("Marriott"), incorrectly identified as Marriott International, Inc., in the above-referenced matter. We submit this letter to request an adjustment of the summary judgment briefing schedule entered on June 18, 2025 (ECF No. 126). This is the first request for a change to these deadlines. Plaintiff Lubos Naprstek ("Plaintiff") opposes this request.[1]

Marriott requests a two-week extension of each of the current deadlines because: (i) Maria Gomez, the primary associate on this case, will be out of the country for her honeymoon from June 19 through July 6; and (ii) the internal Marriott representative assigned to this case will be on vacation from June 30-July 6. Their absences together impact preparation and review of Marriott's motion.

Accordingly, we respectfully request that the Court order summary judgment briefing as follows:

- July 17: Motion for Summary Judgment

- August 8: Opposition/Cross Motion

- August 29: Reply/Opposition to Cross Motion (if applicable)

- September 5: Reply on Cross Motion (if applicable)

---

[1] Mr. Naprstek stated: "Given the length that this case has already taken, I see no reason why an extension would be needed. Further, I see no reason why your client's vacation would matter."

**SheppardMullin**

Hon. Colleen McMahon
June 18, 2025
Page 2

        We thank the Court for its consideration of this request.

        Respectfully submitted,

        /s/ Brian D. Murphy

        Brian D. Murphy
        for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:    All Counsel of Record
       Lubos Naprstek (by email)