# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

August 19, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2025

**VIA ECF**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

OK.
/s/ Colleen McMahon
8/28/2025

Re:   *Naprstek v. Marriott International, Inc., et al.*
      Case No. 21-CV-8560-CM

Dear Judge McMahon:

We represent Marriott Hotel Services, Inc. ("Marriott"), incorrectly identified as Marriott International, Inc., in the above-referenced matter. We submit this letter to request an adjustment of the remaining summary judgment briefing schedule entered on June 20, 2025. (ECF No. 128). Plaintiff Lubos Naprstek ("Plaintiff") consents to this request. This is the second request for an adjustment of the summary judgment briefing schedule.

Specifically, the Parties propose:

- September 12 (Previously August 29): Reply/Opposition to Cross Motion (if applicable)

- September 19 (Previously September 5): Reply on Cross Motion (if applicable)

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   All Counsel of Record
      Lubos Naprstek (by email)