**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUBOS NAPRSTEK,

Plaintiff,

21 **CIVIL** 8560 (CM)

-against-

**JUDGMENT**

MARRIOTT INTERNATIONAL, et al.,

Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated July 2, 2026, Marriott's motion for summary judgment dismissing Plaintiff's discrimination and retaliation claims is GRANTED. Plaintiff's cross-motion for summary judgment is DENIED; accordingly, the case is closed.

**DATED**: New York, New York
August 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**